RANDOLPH FORD *v.* UP-RITE ELEVATOR
COMPANY ET AL.

The defendant Bmarf Corporation's petition for certification for appeal from the Appellate Court is denied.

*Claudia A. Baio,* in support of the petition.

Decided July 9, 1991

RANDOLPH FORD *v.* UP-RITE ELEVATOR
COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*William F. Gallagher,* in support of the petition.

Decided July 9, 1991

STATE OF CONNECTICUT *v.* LARRY TINSLEY

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 685, is denied.

*Elizabeth M. Inkster,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided July 9, 1991

LISA PAGANI *v.* BT II, LIMITED PARTNERSHIP, ET AL.

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 739, is dismissed.

*Andrew O'Keefe* and *Maureen Sullivan Dinnan,* in support of the petition.

*Donald R. Holtman,* in opposition.

Decided July 9, 1991